AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____MASSACHUSETTS_____

STEPHEN GILL and MICHELLE GILL,
Husband and Wife,

            Plaintiffs,

vs.

UNITED STATES OF AMERICA,
           Defendant.

**APPEARANCE**

Case Number: 1:05-cv-10309-MLW

To the Clerk of this court and all parties of record

    Enter my appearance as counsel in this case for

    Plaintiffs, Stephen Gill and Michelle Gill

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/28/2005 | _[signature]_ |
| Date | Signature |
| | Stephen D. Gill     542091 |
| | Young, Bill, Fugett & Roumbos, P.A., P.O. Drawer 1070 |
| | Address |
| | Pensacola     Florida     32591-1070 |
| | (850) 432-2222     (850) 432-1444 |
| | Phone Number     Fax Number |