UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

STEPHEN GILL and MICHELLE GILL,
husband and wife,

       Plaintiffs,

vs.                                  CASE NO.: 05-cv-10309-MLW

UNITED STATES OF AMERICA,

       Defendant.
_____/

## NOTICE OF SERVICE OF RETURN OF SERVICE AFFIDAVIT

Plaintiffs, STEPHEN GILL and MICHELLE GILL, by and through their undersigned co-counsel, hereby give notice of serving the attached Return of Service Affidavit, with exhibits thereto, in accordance with Fed.R. Civ.P. 4(i) and Fed.R. Civ.P. 4(l).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the 4th day of April, 2005, I electronically filed the within document with the Clerk of Court by using its CM/ECF system which, in turn, will electronically transmit notice of the same to the following: U.S. Attorney, Civil Chief, One Court House Way, John Joseph Moakley Court House, Boston, MA 02210; and Kristen Materne, Esq., 33 College Hill Road, Suite 15G, Warwick, RI 02886. I further certify that a true and correct copy of the foregoing was sent this same day by U.S. Mail to said person(s).

*[signature]*

**STEPHEN D. GILL**
Massachusetts BBO No.: 630671
Young, Bill, Fugett & Roumbos, P.A.
Post Office Drawer 1070
Pensacola, Florida 32591-1070
Telephone: (850) 432-2222
Facsimile: (850) 432-1444
E-mail: sgill@flalawyer.net

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

STEPHEN GILL and MICHELLE GILL,
husband and wife,

        Plaintiffs,

vs.                                      CASE NO.: 05-cv-10309-MLW

UNITED STATES OF AMERICA,

        Defendant.

_____

**STATE OF FLORIDA**
**COUNTY OF ESCAMBIA, SS.**

## RETURN OF SERVICE AFFIDAVIT

BEFORE ME, the undersigned authority, a Notary Public in and for said County and State, on this day personally appeared the Affiant, **STEPHEN D. GILL**, known to me, and who being duly sworn, states on oath that the following is true and correct to the best of his knowledge:

1      I am Stephen D. Gill. I am over the age of 18 years and currently am employed as an attorney with the law firm, Young, Bill, Fugett & Roumbos, P.A., 226 S. Palafox Place, 7th Floor, Pensacola, Florida 32502. I am a *pro se* party Plaintiff and co-counsel of record for the Plaintiffs. I have personal knowledge about the information set forth herein.

2      I have caused the Defendant to be served in the manner prescribed by Fed.R.Civ.P. 4(i) by serving copies of the Complaint and respective Summonses via certified mail/return receipt requested upon the Attorney General of the United States, the Secretary of the Navy, and the United States Attorney District of Massachusetts, Civil Chief.

3. Copies of the respective Summonses and return receipt postage cards are attached hereto sequentially as Exhibit "A," Exhibit "B," and Exhibit "C," as proof of service upon said persons.

Further Affiant sayeth naught.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
Stephen D. Gill, Affiant

SWORN TO AND SUBSCRIBED before me, this 4th day of April, 2005, by **Stephen D. Gill, who is personally known to me**



_____
Julie Nelson
NOTARY PUBLIC

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

Stephen Gill and
Michelle Gill, husband and wife

**SUMMONS IN A CIVIL CASE**

V.

United States of America

CASE NUMBER:

**05   10309 MLW**

TO: (Name and address of Defendant)

US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kristen Materne, Esq.
33 College Hill Road, Suite 15G
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   FEB 16 2005

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Department of Justice
950 Pennsylvania Ave.
Northwest
Washington DC
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No
   FEB 2 ? 2005

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 0860 0007 0129 2842

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Timothy J. Morgan, Esq.
33 College Hill Road
Suite 15G
Warwick, RI 02886

# EXHIBIT "B"

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Stephen Gill and
Michelle Gill, husband and wife

**SUMMONS IN A CIVIL CASE**

V.

United States of America

CASE NUMBER:

**05c 10309 MLW**

TO: (Name and address of Defendant)

Secretary of Navy
1000 Navy Pentagon
Washington, DC 20350-1000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kristen Materne, Esq.
33 College Hill Road, Suite 15G
Warwick RI 02886

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

FEB 16 2005

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Secretary of Navy
1000 Navy Pentagon
Washington DC
20350-1000

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 0860 0007 0129 2859

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Timothy J. Morgan, Esq.
33 College Hill Road
Suite 15G
Warwick, RI 02886

# EXHIBIT "C"

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

STEPHEN D. GILL and
MICHELLE GILL, husband and wife

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA

CASE NUMBER:

# 05 - 10309 MLW

TO: (Name and address of Defendant)

US ATTORNEY, Civil Chief
One Court House Way
John Joseph Moakley Court House
Boston, MA 02210

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kristen Materne, Esq.
33 College Hill Road, Suite 15G
Warwick, RI 02886

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

DATE   FEB 16 2005

CLERK

(By) DEPUTY CLERK

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

1. Article Addressed to:

US Attorney
Civil Chief
One Court House Way
John Joseph Moakley Court House
Boston, MA 02210

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

7002 0860 0007 0129 2835

PS Form 3811, August 2001  Domestic Return Receipt

Gill

102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Timothy J. Morgan, Esq.
33 College Hill Road
Suite 15G
Warwick, RI 02886