UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

STEPHEN GILL and MICHELLE GILL,
husband and wife,

              Plaintiffs,

vs.                                                                CASE NO.: 05-cv-10309-MLW

UNITED STATES OF AMERICA,

              Defendant.

_____/

**STATE OF FLORIDA**
**COUNTY OF ESCAMBIA, SS.**

### AFFIDAVIT IN SUPPORT OF PLAINTIFFS' OPPOSITION
### TO DEFENDANT'S MOTION TO DISMISS

BEFORE ME, the undersigned authority, a Notary Public in and for said County and

State, on this day personally appeared the Affiant, STEPHEN D. GILL, known to me, and who

being duly sworn, states on oath that the following is true and correct to the best of his

knowledge:

1.     I am Stephen D. Gill. I am over the age of 18 years and currently am employed as an 1 attorney with the law firm, Young, Bill, Fugett & Roumbos, P .A., 226 S. Palafox Place, 7th Floor, Pensacola, Florida 32502.  I am a pro se party Plaintiff and co-counsel of record for the Plaintiffs.   I have personal knowledge about the information set forth herein.

2.     A true and correct copy of the United States Navy's "Parker denial" letter 5890 Serial 151.4.151.A2/0179 of March 3, 2005, is attached hereto as Addendum "1."

3.     Attached hereto as Addendum "2" is a true and correct copy of the Federal Express proof of delivery bearing the signature of the United States Navy's authorized signatory who accepted receipt of respective Federal Tort Claims Act claims of Stephen D. Gill and Michelle T. Gill by signing for receipt and taking possession of the Federal Express courier's hand delivery of the presentment of the same on or about February 18, 2004.

4.     Most, if not, all relevant United States Navy witnesses presently work and reside in every state except Florida as follows:

Steven W. Bannow......................................................California;
James E. McPherson.................................................District of Columbia/Virginia;
Dennis J. Oppman....................................................District of Columbia/Virginia;
Joyce Y. Sherwood .................................................District of Columbia/Virginia;
Douglas Cohen.........................................................Maryland;
Thomas W. Greene, Jr.............................................Rhode Island;
all relevant Navy HRO personnel...............................Stennis Space Center, Mississippi;
all relevant NLSO Claims personnel
formerly located in Pensacola, Florida.........................Virginia.

5.    True and correct copies of pertinent pages of the United States Navy, Judge Advocate General's website are attached as addenda hereto; specifically, "OJAG Directory (Bldg. 33) Updated 18 May 05," is attached hereto as Addendum "3," an excerpt of "JAG Directory" is attached hereto as Addendum "4," and "People Talk 05-09: 2005 Job Opportunities 18 Feb 05" of "People Talks Current and Past People Talks," is attached hereto as Addendum "5."

Further Affiant sayeth naught.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
Stephen D. Gill, Affiant

SWORN TO AND SUBSCRIBED before me this 5th day of July, 2005, by

Stephen D. Gill, who is personally known to me.

_____
Jennifer L. Maurath
Notary Public

JENNIFER L. MAURATH
MY COMMISSION # DD 269325
EXPIRES: February 10, 2008
Bonded Thru Notary Public Underwriters

# ADDENDUM "1"



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON NAVY YARD DC 20374-5066

IN REPLY REFER TO

5890
Ser 151.4.151.A2/0179
March 3, 2005

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Kristen K. M. Materne, Esq.
Law Offices of Timothy J. Morgan
33 College Hill Road, Suite 15G
Warwick, RI 02886

Subj:  FEDERAL TORT CLAIMS ACT CLAIMS OF STEPHEN D. GILL AND
       MICHELLE T. GILL; OUR FILE NOS. 041878-041879

Dear Ms. Materne:

     This responds to the claims submitted on behalf of your clients,
Stephen D. Gill and Michelle T. Gill, involving Mr. Gill's employment
at the Naval Legal Service Office, Pensacola from March 2002 to
January 2003.

     This office has been notified that you have filed suit against
the United States for damages arising out of his employment, although
administrative review of the claim had not been completed.  Once suit
is filed, the administrative adjudication is terminated.  Accordingly,
your clients' claims are denied.

     While I recognize that litigation is already pending in this
matter, you are advised, nonetheless, that should your clients choose
to file suit, it must be filed in the appropriate United States
District Court within six months of the date of this letter.

                         Sincerely,

                         M. H. LEE
                         Lieutenant
                         Judge Advocate General's Corps
                         United States Naval Reserve
                         Tort Claims Attorney
                         (Claims, Investigations
                         and Tort Litigation)

# ADDENDUM "2"



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

05/30/2005

Dear Customer:

Here is the proof of delivery for the shipment with tracking number **792572107813**. Our records reflect the
following information.

**Delivery Information:**

**Signed for by:** L.SHELTON



**Delivery Location:** 9620 MARYLAND AVE
**Delivery Date:** Feb 18, 2004 12:19

**Shipping Information:**

Tracking number: 792572107813          Ship Date: Feb 17, 2004

**Recipient:**                         **Shipper:**
COMMANDING OFFICER, NAVAL LEGA         STEPHEN D. GILL/TIMOTHY J. MOR
9620 MARYLAND AVE                      LAW OFFICE OF TIMOTHY J. MORGA
NORFOLK , VA 23511                     33 COLLEGE HILLL RDQ
US                                     WARWICK , RI 028862746
                                       US

**Reference:**                         FTCA

Thank you for choosing FedEx Express. We look forward to working with you in the future.

FedEx Worldwide Customer Service
1-800-Go-FedEx®

# ADDENDUM "3"



**My Bookm**

Home    JAG Main Page    Leadership    Performance    Personal Development    Human Performance    NKO Library    Insi

You are logged in as stephen.d.gill | Friday May 27, 2005

**SEARCH**

[ Search ]

[ Advanced Search ]

**GET STARTED**

[ Take NKO Tutorial ]
[ Launch Navy E-Learning ]
[ Browse Sitemap ]

**RESOURCES**

[ + Career ]
[ + Education ]
[ + Finance ]
[ + Health ]
[ + Reference ]

**NKO TOOLS**

[ - Collaborative Tools ]
[ NKO Library ]
[ Chat ]
[ Feedback ]
[ Instant Messenger ]
[ Message Boards ]
[ White Pages ]
[ Who's Online ]
[ + Administrative Tools ]

**PAGES**

[ + Learning Centers ]
[ + Organizations ]
[ + Communities of Practice ]
[ + Programs ]
[ + Naval Reserve ]
[ + Sea Power 21 ]

[ Submit Your Feedback ]

## JAG-JAG Main Page

▸ Trial Service Offices   ▸ Contact Us   ▸ Public Affairs Office   ▸ Naval Legal Service Offices   ▸ My Legal Affairs

**Office of the Judge Advocate General**                                                    —



**Judge Advocate General**

RADM James E. McPherson, JAGC, USN

(click on link to view biography)



**Deputy Judge Advocate General/Commander, NLSC**

RADM Bruce E. MacDonald, JAGC, USN

(click on link to view biography)

**JAG Announcements**                                                    —

- 2004 JAG LOY & NLSC SOY  Read Message
- JAG Update  Read Update
- OJAG Codes/Departments  See Document
- JAG Front Office Move  Read Announcement
- Junior Officer of the Quarter  Read Message
- Equal Opportunity and Sexual Harassment Policy  Read Policy
- Strategic Plan for FY2004-09  Read Plan
- Strategic Plan Implementation Letter 2005  Read Letter
- Content Management Policy  Read Policy

**What's New?**                                                    —

- How to subscribe to JAG Community Knowledge Centers  Click to view a brief primer on how to subscribe to the different JAG Community Knowledge Centers
- Information Assurance Training Course Instructions  Click to view the instructions on completing the Information Assurance (IA) annual training course as required by the new DOD and SECNAV policy
- Inside NKO  FAQs and NKO user assistance
- Navy Band and Specialty Group Calendar
- PAO Main Page
- People Talks  Current and past People Talks
- POW  Plan of the week

**JAG Directories and Lineal Lists**                                                    —

- Administrative Law Directory (Code 13)
- JAG Directory

**Legal Assistance Providers**

LA providers:  Click on the links below to g
developments in legal assistance.

- Consumer Law
- Domestic Relations
- Will and Estate Planning
- Immigration Law
- Military Civil Laws
- Tax Law
- LAPAs
- Standards of Practice

All the documents pertaining to each link o
Civil Law community, Legal Assistance su
Providers Knowledge Center.

**Legal Assistance for Sailors**

Click on the links below to get general info
legal assistance.  The specific KC and folc
documents are located are listed under ea

- Consumer Information:  Link to
  affairs located in the Personal
  Assistance folder, Consumer I
- Domestic Relations: Informatic
  divorce, child support, and add
  Services knowledge center, Le
  Relations subfolder.
- Immigration:  Information rega
  located in the Personal Service
  Assistance folder, Immigration
- Wills and Estate Planning:  Info
  deployment located in the Pers
  Legal Assistance folder, Wills a
- Special Powers of Attorney:  In
  powers of attorney located in th
  center, Legal Assistance folder
  subfolder.

The information provided herein is for edu
purposes only.  The information is not nor
attorney client relationship is formed betwe
provider legal assistance attorneys or any
Advocate Generals Corps.  While it is our
information on this site, there may be som
changes in the law and the updating of the
not make any warranty either express or ir
for a particular purpose with respect to do
from this site.  The United States Navy do
for the accuracy and content of any inform
which are linked to and assessable throug
acceptance and understanding of the abov

- JAG LDO Lineal List
- JAG Lineal List
- NAMARA Directory (Bldg 111)
- OJAG Directory (Bldg 33)  Updated 18 MAY 05

### JAG Resources

- CNLSC Instructions
- JAG-CNLSC Instructions
- JAG Instructions
- JAG Notices
- Manual for Courts-Martial (MCM 2002)
- Manual of the Judge Advocate General (JAGMAN 2004)
- Military Judges' Benchbook (MJB 2003)
- Naval Military Personnel Manual (MILPERSMAN)
- NKO Legalman Page

### NKO Resources

- How to Subscribe to JAG Community Knowledge Centers  A brief primer on how to subscribe to JAG Community Knowledge Centers
- NKO 3 Minute Tutorial  This document is intended for all users of Navy Knowledge Online (NKO)
- NKO User Guide Part 1  This document is intended for all users of Navy Knowledge Online (NKO)
- NKO User Guide Part 2  This document is intended for all users of Navy Knowledge Online (NKO)

### Professional Awards

### The American Bar Association

1.  2005 Legal Assistance for Military Personnel (LAMP) Essay Contest -- Please click on the attached announcement of the 2005 Legal Assistance Essay Contest.

Please click on the attached description before submitting any nominations and ensure all required information is included.  Details about each award can also be obtained from the American Bar Association website at www.abanet.org. However, please do not send nomination packages directly to the American Bar Association.  Instead, send all nomination packages via Federal Express by the deadlines listed above to:

Navy Professional Awards Coordinator
Navy-Marine Corps Appellate Government Division
716 Sicard Street SE, Bldg 111
Washington Navy Yard, D.C. 20374

Please ensure the required number of photocopies are included in each submission.  If you have any questions about the awards or the nomination process, contact LT Bill Rojas at 202-685-7435 or guillermo.rojas@navy.mil.

### Military Personnel Information

### The JAG Enterprise System

Code 61 maintains a web-enabled interactive personnel database for management of the JAG Corps.  We now have the ability to allow individual officers to view and update their personal information and biographies, and also upload their official photographs.  Upcoming enhancements will include the ability for an officer to instantaneously submit a list of duty preferences to their

### Criminal Law Material

Click on the links below to get summaries Criminal Appeals (NMCCA) published and Newsmailers.  Note that all decisions are t community.  The specific folderand KC loc below.

- Case Digests:  Located in the ( KC.
- Current Decisions:  Located in NMCCA KC.
- Code 20 Newsmailers:  Locate Code 20 Criminal Law KC.

Note that if you are unable to access the li have already subscribed to the NMCCA K

### Administrative Law Material

All the documents pertaining to each link o Civil Law sub-community, Administrative L

- Ethics Grams:
- FOIA Grams:
- SJA Updates:
- Professional Responsibility:

### International and Operational Law N

All the documents pertaining to each link o Civil Law sub-community, International an (KC).

- General Resources
- International Law
- Law of Armed Conflict
- Law of the Sea

### Admiralty and Maritime Law Materia

All the documents pertaining to each link o Civil Law sub-community, Admiralty and M Admiralty Public Documents Knowledge C

- Admiralty Investigations
- Admiralty Law Primer
- Contact Info and Division Func
- Newsletters (Code 11)

### Appellate Government Information a

All the documents pertaining to each link o library Criminal Law sub-community, Appe 46) Knowledge Center (KC).

- Brief Bank - Only users with ap 46 Administrator can access th
- Contact Information and Divisio
- Government Appeals
- Trial Counsel Assistance Prog

respective detailers and an ability to more easily provide proof that an officer has met the requirements of Professional Responsibility Rule 8, which requires proof of "good standing" with the State licensing authority. Very soon, JAGPERS will also be the source depository for e-mail addresses that will be used to disseminate important and valuable information, i.e. "People Talks" to JAG Corps officers.

To use this new service, please log onto https://enterprise.jag.navy.mil. Once at the official login screen, for the "user name" field, the officer must enter his or her last name and middle initial in the following format: sailor.ben.e or sailor.ben, if no middle name. For the "password" field, the officer must enter his or her last name (initial character must be capitalized) and 4 digit year of birth. For example, Sailor1961. After entering this information, the officer will them be prompted to change his or her password.

After changing their password, the officer should once again log on to the system and select "My Profile" from the menu. The officer can then review and update his or her own personal and contact information. After updating their personal information, the officer should select "Biography" from the menu, and "Update", which will allow them to both upload their biographical information and official photograph. Official photographs must be submitted in the JPEG, GIF, or BMP standards

If you run into any difficulty entering or retieving information from the above website, please contact Mr. Daniel Barnes at daniel.barnes@navy.mil or Mr. George Koonce at george.koonce@navy.mil

**Links**       _

- Bureau of Citizenship and Immigration Services
- Bureau of Naval Personnel
- Defense Finance and Accounting Service
- Department of Homeland Security
- Department of Justice
- I.R.S. Webpage
- JAG Webpage
- Navy-Marine Corps Court of Criminal Appeals
- Navy-Marine Corp White Pages
- The U.S. Government's Official Web Portal
- The U.S. Navy's Webpage
- U.S. Court of Appeals for the Armed Forces
- U.S. Supreme Court

**JAG Feedback**       _

Click here to to display/hide feedback entry box.

**General Litigation Information & Ma**

All the documents pertaining to each link Civil Law sub-community, General Litigatio

- Code 14 Contact Information
- Code 14 Quickman

**NJS Training Services**

Want to see what training is available to le officers? Click on any of the links below to and schedules. Note that the links below Training Services KC located in the JAG C

- Course Descriptions: Descript various Federal facilities inclu the Course Descriptions folder
- Course Schedules: Course of the Course Schedules folder.
- NJS Publications: A Complete manuals and handbooks offere
- Naval Law Review: Articles of and judicial developments in m



**Office of the Judge Advocate General**
**Washington Navy Yard**
**COMM:  (202) 685-XXXX  DSN: 325-XXXX**
**Telephone Roster for OJAG Personnel at the WNY Building 33**

### FRONT OFFICE - WNY 33
**VOICE (202) 685-5190  FAX (202) 685-5461**

| | | |
|---|---|---|
| RADM | MACDONALD, BRUCE E | 5190 |
| CAPT | DUFFY, JAMES F | 5196 |
| CAPT | DALTON, JANE G | 5198 |
| Mr. | SCRANTON, JOSEPH D | 5192 |
| CDR. | PINETTE, MICHAEL S. | 8371 |
| LT | MORRIS, RICK L. | 5235 |
| LNCM | DISTEFANO, STEPHEN | 5194 |
| LNC | MCGUGIN, EDWARD | 7715 |
| Ms. | ROBINSON, JANET A. | 5190 |

### CODE 60
### EXECUTIVE ADMINISTRATIVE OFFICE
**FAX (202) 685-5488**

| | | |
|---|---|---|
| LT | MORRIS, RICK L. | 5235 |
| LN1 | STUART, KING | 5195 |
| LN2 | TINSON, MARGINAL M | 5232 |
| Ms | HALL, ADELA | 5231 |

### CODE 11
### ADMIRALTY & MARITIME LAW
**VOICE (202) 685-5040  FAX (202) 685-5471**

| | | |
|---|---|---|
| CDR | CERVI, GREGG A. | 5075 |
| LCDR | MAZZEO, ANTHONY J. | 5154 |
| LCDR | FISCHER, ANNE B. | 5157 |
| LCDR | LUSTER, CHRISTINE L | 5158 |
| Ms. | FARR, SUE E. | 5038 |
| Ms. | HANSLEY, ANGIE G. | 5391 |

### CODE 12
### ENVIRONMENTAL LAW
### (PENTAGON)

| | | |
|---|---|---|
| CDR | LUSTER, JEFFREY P. | (703) 614-3137 |
| | *(BLDG 36 @ WNY)* | |
| CDR | SPAIN, CHRIS J. | (202) 685-7028 |

### CODE 14
### GENERAL LITIGATION
**VOICE (202) 685-5450 FAX (202) 685-5472**

| | | |
|---|---|---|
| CAPT | WHITAKER, ALEX W. | 5396 |
| LTCOL | HOURICAN, JIM | 5397 |
| LCDR | BART, GREGORY R | 4592 |
| LCDR | HANNA, HOLIDAY | 5453 |
| LCDR | LUDMER, CHRISTOHPER L. | 5398 |
| LCDR | RODRIGUEZ-FEO, ARMANDO | 5446 |
| LT | JOHNSON, BRETT | 5451 |
| LT | LEARY, T. F. | 5447 |
| LT | OUELLETTE, JAMES A. | 5452 |
| LT | ROSEN, MARC | 5441 |
| LT | HALLIDEN, BRIAN | 5389 |
| Ms. | CALLAHAM, ALICIE B. | 5442 |
| Ms. | MOORE, RHONDA | 5449 |
| Ms. | LEVY, SHERRI R. | 5292 |

### CODE 15
### CLAIMS, INVESTIGATION AND TORT LITIGATION
**VOICE (202) 685-4600  FAX (202) 685-5484**

| | | |
|---|---|---|
| Ms. | LEONARD, PATRICIA A. | 4425 |
| LCDR | STROBLE, KELVIN | 2479 |
| CDR | MOORES, ELIZABETH | 4635 |
| Maj. | FIELDS, DANNY R. | 5921 |
| LT | JEFFREYS, CAROLINE | 5448 |
| LT | LEE, M. MYCAH | 4485 |
| LT | WILLIAMS, MATT | 4627 |
| LN1 | SANDAKER, EDITH | 5283 |
| Ms. | CONNOLLY-LOHR, ALICIA M. | 4598 |
| Ms. | DAVIS, CATHERINE | 4594 |
| Ms. | HARWELL, VINEZ | 4631 |
| Mr | MENDEZ, ENRIQUE B. | 4621 |
| Ms. | SHAW, PHYLLIS M | 4633 |
| Ms. | SIMPSON, CATRINA J. | 5272 |
| Ms. | WASHINGTON, THERESA | 5394 |

### CODE 16
### LEGAL ASSISTANCE
**VOICE (202) 685-4642  FAX (202) 685-5486**

| | | |
|---|---|---|
| CDR | FISCHER, JEFF | 5393 |
| LT | COOK, TED | 4641 |
| Mr. | COLE, MICHAEL S. | 4643 |
| Ms. | GRAVES, NANCY A. | 4637 |

### CODE 17
### NATIONAL SECURITY LITIGATION AND
### INTELLIGENCE LAW DIVISION
**FAX (202) 685-5467**

| | | |
|---|---|---|
| CDR | REILLY, GEORGE. | 5464 |
| LT | ESKRIDGE, LAURIN | 5465 |
| MS. | MACKEY, CLAUDIA | 5470 |
| CTA1 | GIBBONS, DOUGLAS O. | 5482 |

### CODE 61
### MILITARY PERSONNEL
**FAX (202) 685-5489**

| | | |
|---|---|---|
| LCDR | SUOZZI, SCOTT | 5185 |
| Mr. | BARNES, DANIEL L. | 5458 |
| Mr. | KOONCE, GEORGE C. | 5187 |

### CODE 62
### RESERVE & RETIRED PERSONNEL PROGRAMS
**FAX (202) 685-5489**

| | | |
|---|---|---|
| RDML | JOERG, NORTON C. | 5183 |
| CDR | TURNER, INGRID | 5216 |
| YN2 | DORTRAIT, ANDRE | 8370 |

### CODE 63
### MANAGEMENT AND PLANS
**VOICE (202) 685-5230  FAX (202) 685-5479**

| | | |
|---|---|---|
| CDR | NELSON, JON E. | 5218 |
| Mr. | WHITACRE, WILLIAM L. | 5199 |
| LCDR | LOFTON, LINDA | 5295 |
| LT | MULLEN, CHANDA R. | 4602 |
| LT | HORNYAK, TOM | 5299 |
| LN1 | LEWIS, LINDA | 5298 |
| Ms | VASSALLO, JENNIFER M. | 5213 |

### CODE 64
### FISCAL & RESOURCE SERVICES
**FAX (202) 685-5455**

| | | |
|---|---|---|
| Mr. | OPPMAN, DENNIS J. | 5274 |
| Ms. | SHERWOOD, JOYCE Y. | 5284 |
| Mr. | CARTER, JOSEPH E. | 5281 |
| Mr. | HAWKINS, CONRAD C | 5282 |
| Mr. | JONES, ROBERT L. | 5273 |
| Mr. | KENDLE, GREGORY T. | 5280 |
| Ms. | LOVE, VERONICA | 5188 |
| Ms. | MASSIE, PAMELA J. | 5278 |
| Mr. | NICHOLL, WARREN D. | 5286 |
| Ms. | NICHOLS, JAN H. | 5285 |
| Ms. | SCHIFERL, JENNIFER L. | 7425 |
| Ms. | LEWIS, SUSAN L. | 5228 |
| Mr. | TAYLOR, EARL W. | 5277 |
| MS | WOODWARD, VICKI D. | 5279 |

### CODE 65
### KNOWLEDGE AND INFORMATION SERVICES
**VOICE (202) 685-5290  FAX (202) 685-5477**

| | | |
|---|---|---|
| Ms. | PADILLA, SHEILA M. | 5287 |
| Mr. | PERRY, RODNEY | 5191 |
| LT | ORTIZ-VALERO, RICHARD | 7044 |
| Mr. | BANDA, THOMAS | 7724 |
| Mr. | BERNARD, MARK | 5189 |
| Ms. | CHOI, CARLA | 5184 |
| Ms. | DAVIS-NORRIS, DAVINA | 5474 |
| Ms. | DRINKARD, STEPHNEY | 5227 |
| Ms. | LAWAL, OLUSULA | 5389 |
| Mr. | NGUYEN, HIEU | 7735 |
| Mr. | O'NEAL, ROGER J. | 5288 |
| Mr. | PATTERSON, JAMES A. | 5293 |
| Mr. | PINEDA, HENRY R. | 4625 |
| Ms. | SCOTT, RENEE L. | 5390 |
| Ms | SMITH, TYLA | 5296 |
| Ms | SOWEMIMO, SUNETA | 7736 |
| COMPUTER ROOM | | 5395 |
| SERVER ROOM | | 5234 |
| JAGIR | | 5290 |

| | | |
|---|---|---|
| CAPT | MOLINENGO, HENRY R. | (703) 693-0708 |
| CAPT | WEDAN, ROBERT, W. JR. | (202) 685-8373 |
| CDR | HEROLD, JENNIFER S. | (202) 685-5297 |
| LCDR | MARSHALL, MEI-LING | (202) 685-5462 |

**Please send any additions, deletions or modifications via email at janet.robinson@navy.mil.**

17 May 2005

# ADDENDUM "4"


**Home**    JAG Main Page    Leadership    Performance    Personal Development    Human Performance    NKO Library    Insic

You are logged in as stephen.d.gill | Friday May 27, 2005

**SEARCH**

[Search]

Advanced Search

**GET STARTED**

Take NKO Tutorial
Launch Navy E-Learning
Browse Sitemap

**RESOURCES**

+ Career
+ Education
+ Finance
+ Health
+ Reference

**NKO TOOLS**

– Collaborative Tools
  NKO Library
  Chat
  Feedback
  Instant Messenger
  Message Boards
  White Pages
  Who's Online
+ Administrative Tools

**PAGES**

+ Learning Centers
+ Organizations
+ Communities of Practice
+ Programs
+ Naval Reserve
+ Sea Power 21

Submit Your Feedback

## JAG-JAG Main Page

📁 Trial Service Offices  📁 Contact Us  📁 Public Affairs Office  📁 Naval Legal Service Offices  📁 My Legal Affairs

**Office of the Judge Advocate General**



**Judge Advocate General**

RADM James E. McPherson, JAGC, USN

(click on link to view biography)

**Deputy Judge Advocate General/Commander, NLSC**

RADM Bruce E. MacDonald, JAGC, USN

(click on link to view biography)

### JAG Announcements

- 2004 JAG LOY & NLSC SOY  Read Message
- JAG Update  Read Update
- OJAG Codes/Departments  See Document
- JAG Front Office Move  Read Announcement
- Junior Officer of the Quarter  Read Message
- Equal Opportunity and Sexual Harassment Policy  Read Policy
- Strategic Plan for FY2004-09  Read Plan
- Strategic Plan Implementation Letter 2005  Read Letter
- Content Management Policy  Read Policy

### What's New?

- How to subscribe to JAG Community Knowledge Centers  Click to view a brief primer on how to subscribe to the different JAG Community Knowledge Centers
- Information Assurance Training Course Instructions  Click to view the instructions on completing the Information Assurance (IA) annual training course as required by the new DOD and SECNAV policy
- Inside NKO  FAQs and NKO user assistance
- Navy Band and Specialty Group Calendar
- PAO Main Page
- People Talks  Current and past People Talks
- POW  Plan of the week

### JAG Directories and Lineal Lists

- Administrative Law Directory (Code 13)
- JAG Directory

**Legal Assistance Providers**

LA providers:  Click on the links below to g developments in legal assistance.

- Consumer Law
- Domestic Relations
- Will and Estate Planning
- Immigration Law
- Military Civil Laws
- Tax Law
- LAPAs
- Standards of Practice

All the documents pertaining to each link c Civil Law community, Legal Assistance su Providers Knowledge Center.

**Legal Assistance for Sailors**

Click on the links below to get general info legal assistance.  The specific KC and folc documents are listed under ea

- Consumer Information:  Link to affairs located in the Personal Assistance folder, Consumer I
- Domestic Relations:  Informatic divorce, child support, and adc Services knowledge center, Le Relations subfolder.
- Immigration:  Information regan located in the Personal Service Assistance folder, Immigration
- Wills and Estate Planning:  Inf deployment located in the Pers Legal Assistance folder, Wills a
- Special Powers of Attorney:  Ir powers of attorney located in th center, Legal Assistance folder subfolder.

The information provided herein is for edu purposes only.  The information is not nor attorney client relationship is formed betwe provider legal assistance attorneys or any Advocate Generals Corps.  While it is our information on this site, there may be som changes in the law and the updating of the not make any warranty either express or ir for a particular purpose with respect to do from this site.  The United States Navy do for the accuracy and content of any inform which are linked to and assessable throug acceptance and understanding of the abov

- JAG LDO Lineal List
- JAG Lineal List
- NAMARA Directory (Bldg 111)
- OJAG Directory (Bldg 33)  Updated 18 MAY 05

**JAG Resources**      −

- CNLSC Instructions
- JAG-CNLSC Instructions
- JAG Instructions
- JAG Notices
- Manual for Courts-Martial (MCM 2002)
- Manual of the Judge Advocate General (JAGMAN 2004)
- Military Judges' Benchbook (MJB 2003)
- Naval Military Personnel Manual (MILPERSMAN)
- NKO Legalman Page

**NKO Resources**      −

- How to Subscribe to JAG Community Knowledge Centers  A brief primer on how to subscribe to JAG Community Knowledge Centers
- NKO 3 Minute Tutorial  This document is intended for all users of Navy Knowledge Online (NKO)
- NKO User Guide Part 1  This document is intended for all users of Navy Knowledge Online (NKO)
- NKO User Guide Part 2  This document is intended for all users of Navy Knowledge Online (NKO)

**Professional Awards**      −

**The American Bar Association**

1. 2005 Legal Assistance for Military Personnel (LAMP) Essay Contest -- Please click on the attached announcement of the 2005 Legal Assistance Essay Contest.

Please click on the attached description before submitting any nominations and ensure all required information is included.  Details about each award can also be obtained from the American Bar Association website at www.abanet.org. However, please do not send nomination packages directly to the American Bar Association.  Instead, send all nomination packages via Federal Express by the deadlines listed above to:

Navy Professional Awards Coordinator
Navy-Marine Corps Appellate Government Division
716 Sicard Street SE, Bldg 111
Washington Navy Yard, D.C. 20374

Please ensure the required number of photocopies are included in each submission.  If you have any questions about the awards or the nomination process, contact LT Bill Rojas at 202-685-7435 or guillermo.rojas@navy.mil.

**Military Personnel Information**      −

**The JAG Enterprise System**

Code 61 maintains a web-enabled interactive personnel database for management of the JAG Corps.  We now have the ability to allow individual officers to view and update their personal information and biographies, and also upload their official photographs.  Upcoming enhancements will include the ability for an officer to instantaneously submit a list of duty preferences to their

---

**Criminal Law Material**

Click on the links below to get summaries Criminal Appeals (NMCCA) published and Newsmailers.  Note that all decisions are community.  The specific folderand KC loc below.

- Case Digests:  Located in the KC.
- Current Decisions:  Located in NMCCA KC.
- Code 20 Newsmailers:  Locate Code 20 Criminal Law KC.

Note that if you are unable to access the li have already subscribed to the NMCCA K

**Administrative Law Material**

All the documents pertaining to each link Civil Law sub-community, Administrative L

- Ethics Grams:
- FOIA Grams:
- SJA Updates:
- Professional Responsibility:

**International and Operational Law M**

All the documents pertaining to each link Civil Law sub-community, International an (KC).

- General Resources
- International Law
- Law of Armed Conflict
- Law of the Sea

**Admiralty and Maritime Law Materia**

All the documents pertaining to each link Civil Law sub-community, Admiralty and M Admiralty Public Documents Knowledge C

- Admiralty Investigations
- Admiralty Law Primer
- Contact Info and Division Func
- Newsletters (Code 11)

**Appellate Government Information**

All the documents pertaining to each link library Criminal Law sub-community, Appe 46) Knowledge Center (KC).

- Brief Bank - Only users with ap 46 Administratior can access th
- Contact Information and Divisio
- Government Appeals
- Trial Counsel Assistance Prog

respective detailers and an ability to more easily proof that an officer has met the requirements of Professional Responsibility Rule 8, which requires proof of "good standing" with the State licensing authority.  Very soon, JAGPERS will also be the source depository for e-mail addresses that will be used to disseminate important and valuable information, i.e. "People Talks" to JAG Corps officers.

To use this new service, please log onto https://enterprise.jag.navy.mil.  Once at the official login screen, for the "user name" field, the officer must enter his or her last name and middle initial in the following format:  sailor.ben.e or sailor.ben, if no middle name.  For the "password" field, the officer must enter his or her last name (initial character must be capitalized) and 4 digit year of birth.  For example, Sailor1961.  After entering this information, the officer will them be prompted to change his or her password.

After changing their password, the officer should once again log on to the system and select "My Profile" from the menu.  The officer can then review and update his or her own personal and contact information.  After updating their personal information, the officer should select "Biography" from the menu, and "Update", which will allow them to both upload their biographical information and official photograph.  Official photographs must be submitted in the JPEG, GIF, or BMP standards

If you run into any difficulty entering or retieving information from the above website, please contact Mr. Daniel Barnes at daniel.barnes@navy.mil or Mr. George Koonce at george.koonce@navy.mil

**Links**                                                    ⊟

- Bureau of Citizenship and Immigration Services
- Bureau of Naval Personnel
- Defense Finance and Accounting Service
- Department of Homeland Security
- Department of Justice
- I.R.S. Webpage
- JAG Webpage
- Navy-Marine Corps Court of Criminal Appeals
- Navy-Marine Corp White Pages
- The U.S. Government's Official Web Portal
- The U.S. Navy's Webpage
- U.S. Court of Appeals for the Armed Forces
- U.S. Supreme Court

**JAG Feedback**                                             ⊟

Click here to to display/hide feedback entry box.

**General Litigation Information & Ma**

All the documents pertaining to each link c
Civil Law sub-community, General Litigatio

- Code 14 Contact Information
- Code 14 Quickman

**NJS Training Services**

Want to see what training is available to le
officers? Click on any of the links below to
and schedules.  Note that the links below
Training Services KC located in the JAG C

- Course Descriptions:  Descript
  various Federal facilities includ
  the Course Descriptions folder
- Course Schedules:  Course of
  the Course Schedules folder.
- NJS Publications:  A Complete
  manuals and handbooks offere
- Naval Law Review:  Articles of
  and judicial developments in m



## ACTIVITY LISTING

**JUDGE ADVOCATE GENERAL**

Contact Information

| Command Address | Contact Number |
|---|---|
| OFFICE OF THE JUDGE ADVOCATE GENERAL | Commercial Phone : 703-614-7420 |
| 1322 PATTERSON AVE SE SUITE 3000 | DSN Phone : 224-7420 |
| | Commercial Fax : 703-697-4610 |
| WASHINGTON NAVY YARD, DC 20374-5066 | DSN Fax : 224-4610 |

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|---|---|---|---|---|---|---|
| McPherson, James E | 2500 | RADM | 10/1/2002 | | | |
| Morin, Christopher N | 2500 | CAPT | 6/1/2002 | | 7/1/2004 | 7/1/2005 |
| Greer, Christopher J | 2505 | LT | 6/1/2001 | | 5/1/2005 | 5/1/2008 |
| Williams, Matthew A | 2505 | LT | 6/1/2002 | | 8/1/2004 | 8/1/2005 |

**COMMANDER, NAVAL LEGAL SERVICE COMMAND**

Contact Information

| Command Address | Contact Number |
|---|---|
| OFFICE OF THE JUDGE ADVOCATE GENERAL | Commercial Phone : 703-614-7420 |
| 1322 PATTERSON AVE SE SUITE 3000 | DSN Phone : 224-7420 |
| | Commercial Fax : 703-697-4610 |
| WASHINGTON NAVY YARD, DC 20374-5066 | DSN Fax : 224-4610 |

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|---|---|---|---|---|---|---|
| MacDonald, Bruce E | 2500 | RADM | 1/1/2005 | | | |
| Stone, Erin E | 2500 | CDR | 4/1/2005 | | 11/1/2004 | 11/1/2007 |

**OJAG CODE 01/03, AJAG/CIVLAWSUPACT**

Contact Information

| Command Address | Contact Number |
|---|---|
| OFFICE OF THE JUDGE ADVOCATE GENERAL | Commercial Phone : 202-685-5190 |
| 1322 PATTERSON AVE SE SUITE 3000 | DSN Phone : 325-5190 |
| | Commercial Fax : 202-685-5461 |
| WASHINGTON NAVY YARD, DC 20374-5066 | DSN Fax : 325-7151 |

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|---|---|---|---|---|---|---|
| Dalton, Jane G | 2500 | CAPT | 9/1/1998 | 9/1/2005 | 6/1/2003 | 7/1/2005 |

**ASST. JAG O&M/VCDR CNLSC**

Contact Information

| Command Address | Contact Number |
|---|---|
| OFFICE OF THE JUDGE ADVOCATE GENERAL | Commercial Phone : 202-685-5190 |
| 1322 PATTERSON AVE SE SUITE 3000 | DSN Phone : 325-5190 |
| | Commercial Fax : 202-685-7151 |

NAVAMBCARECEN NEWPORT
1 RIGGS ROAD
NEWPORT, RI 02841-1002

DSN Phone : 948-7753
Commercial Fax : 401-841-1087
DSN Fax : 948-1087

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|------|-------|------|-----|------|-----|-----|
| Colarco, Susan M | 2505 | LT | 6/1/2001 | | 9/1/2003 | 9/1/2006 |

---

WAR COLLEGE, NEWPORT- INST
Contact Information
Command Address

INTERNATIONAL LAW DEPARTMENT

NAVAL WAR COLLEGE (CODE 009)
686 CUSHING ROAD
NEWPORT, RI 02841-1207

Contact Number
Commercial Phone : 401-841-2279
DSN Phone : 948-2279
Commercial Fax : 401-841-7909
DSN Fax : 948-7909

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|------|-------|------|-----|------|-----|-----|
| Dutton, Peter A | 2500 | CDR | 8/1/2001 | | 6/1/2004 | 6/1/2007 |
| Brill, Jane M | 2500 | CDR | 6/1/2002 | | 8/1/2004 | 8/1/2007 |
| Henriques, Errol D | 2500 | CDR | 10/1/2004 | | 6/1/2003 | 6/1/2006 |

---

SJA-NAVAL WAR COLLEGE
Contact Information
Command Address

STAFF JUDGE ADVOCATE

NAVAL WAR COLLEGE
686 CUSHING ROAD
NEWPORT , RI 02841-1207

Contact Number
Commercial Phone : 401-841-4949
DSN Phone : 948-4949
Commercial Fax : 401-841-3579
DSN Fax : 948-3579

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|------|-------|------|-----|------|-----|-----|
| Malcom, Stauffer P | 2500 | CAPT | 10/1/2003 | | 8/1/2004 | 8/1/2006 |
| Young, Helen Kimberlie | 2500 | CDR | 8/1/2002 | | 7/1/2004 | 7/1/2006 |
| Welsh, Thomas J | 2500 | LCDR | 6/1/2001 | | 5/1/2003 | 5/1/2006 |

---

NAVAL JUSTICE SCHOOL, NEWPORT
Contact Information
Command Address

COMMANDING OFFICER

NAVAL JUSTICE SCHOOL
360 ELLIOT STREET
NEWPORT, RI 02841-1523

Contact Number
Commercial Phone : 401-841-2065
DSN Phone : 948-2065
Commercial Fax : 401-841-3985
DSN Fax : 948-3985

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|------|-------|------|-----|------|-----|-----|
| Greene, Thomas W | 2500 | CAPT | 9/1/1997 | | 8/1/2003 | 8/1/2006 |
| Stewart, Susan C | 2500 | CDR | 8/1/2002 | | 6/1/2003 | 6/1/2006 |
| Henseler, Sean P | 2500 | LCDR | 7/1/1999 | | 8/1/2003 | 8/1/2006 |
| Garner, Stephen G | 2500 | LCDR | 7/1/1998 | | 7/1/2003 | 7/1/2006 |
| Klein, Mark F | 2500 | LCDR | 2/1/2002 | | 8/1/2004 | 8/1/2007 |
| Loser, Eva M | 2500 | LCDR | 6/1/2002 | | 9/1/2004 | 9/1/2007 |
| O'Brien, Edward B | 2500 | LCDR | 6/1/2002 | | 7/1/2002 | 7/1/2005 |
| Hancock, Glenn R | 2500 | LCDR | 8/1/2003 | | 8/1/2003 | 8/1/2006 |
| Luciano, Lorraine B | 2500 | LCDR | 10/1/2003 | | 11/1/2002 | 11/1/2005 |

SUBMARINE GROUP TEN
SUBMARINE BASE
KING BAY , GA 31547-2609

DSN Phone : 573-2992
Commercial Fax : 912-673-4733
DSN Fax : 573-4733

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|---|---|---|---|---|---|---|
| Blum, Arthur R | 2500 | LCDR | 8/1/2004 | | 7/1/2002 | 8/1/2005 |

NAVSUBASE KINGS BAY GA
Contact Information

| Command Address | Contact Number |
|---|---|
| COMMAND JUDGE ADVOCATES OFFICE | Commercial Phone : 912-673-4955 |
| 1063 USS TENNESSEE AVENUE | DSN Phone : 573-4955 |
| NAVAL SUBMARINE BASE | Commercial Fax : 912-673-4733 |
| KINGS BAY, GA 31547-2606 | DSN Fax : 573-4733 |

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|---|---|---|---|---|---|---|
| Brewen, Marc S | 2505 | LT | 5/1/2001 | | 8/1/2004 | 8/1/2007 |

NLSO SOUTHEAST BROFF KINGS BAY
Contact Information

| Command Address | Contact Number |
|---|---|
| OFFICER IN CHARGE | Commercial Phone : 912-673-3935 |
| NAVAL LEGAL SERVICE OFFICE DET | DSN Phone : 573-3935 |
| 922 USS JAMES MADISON ROAD RM SO1 | Commercial Fax : 912-573-2001 |
| KINGS BAY, GA 31547-2540 | DSN Fax : 573-2001 |

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|---|---|---|---|---|---|---|
| Baxter, Erin M | 2505 | LT | 7/1/2004 | | 11/1/2004 | 11/1/2007 |

NAVAL LEGAL SERVICE OFFICE CENTRAL PENSACOLA
Contact Information

| Command Address | Contact Number |
|---|---|
| NAVAL LEGAL SERVICE OFFICE CENTRAL | Commercial Phone : 850-452-3730 |
| 206 SOUTH AVE | DSN Phone : 922-3730 |
| SUITE B | Commercial Fax : 850-452-4576 |
| PENSACOLA, FL 32508-5100 | DSN Fax : 922-4576 |

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|---|---|---|---|---|---|---|
| Johnson, Kurt A | 2500 | CAPT | 9/1/2002 | | 7/1/2003 | 7/1/2006 |
| Laurer, Scott J | 2500 | CDR | 3/1/2004 | | 8/1/2003 | 8/1/2006 |
| Miller, Elizabeth A | 2500 | LCDR | 6/1/1996 | 12/1/2005 | 8/1/2002 | 8/1/2005 |
| Kelly, Kathleen J | 2505 | LT | 6/1/2003 | | 4/1/2003 | 4/1/2006 |
| Faulkner, Brent K | 2505 | LT | 6/1/2003 | | 1/1/2003 | 2/1/2006 |
| Pasieta, Katherine S | 2505 | LT | 7/1/2003 | | 4/1/2003 | 4/1/2006 |
| Ray, Christopher J | 2505 | LTJG | 5/19/2003 | | 4/30/2005 | 4/30/2008 |
| Brooks-Williams, Cheryl R | 2505 | LTJG | 5/5/2003 | | 4/30/2005 | 4/30/2008 |
| Kontny, Beth | 2505 | LTJG | 5/20/2003 | | 1/1/2005 | 1/1/2008 |
| Moffatt, Robert M | 6550 | ENS | 11/1/2003 | | 3/1/2004 | 3/1/2007 |

TSO SOUTHEAST DET PENSACOLA

NAVAL SPECIAL WARFARE GROUP THREE
Contact Information
Command Address                                      Contact Number

NAVAL SPECIAL WARFARE GROUP THREE       Commercial Phone : 619-437-5548

3400 TARAWA ROAD                         DSN Phone : 557-5548
                                         Commercial Fax : 619-437-0768
SAN DIEGO, CA 92155-5002                 DSN Fax : 577-0768

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|------|-------|------|-----|------|-----|-----|
| McGuire, Richard J | 2500 | LCDR | 9/1/2004 | | 7/1/2002 | 7/1/2005 |
| O'Regan, Michael M | 2505 | LT | 6/1/2002 | | 5/1/2005 | 5/1/2007 |

NAVSPECWARCEN
Contact Information
Command Address                                      Contact Number

STAFF JUDGE ADVOCATE                     Commercial Phone : 619-437-0882

NAVAL SPECIAL WARFARE CENTER             DSN Phone : 577-0882
2446 TRIDENT WAY                         Commercial Fax : 619-437-2448
SAN DIEGO, CA 92155-5036                 DSN Fax : 577-2448

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|------|-------|------|-----|------|-----|-----|
| Jones, Thomas J | 2505 | LT | 6/1/2000 | | 7/1/2004 | 7/1/2007 |

NAVHOSP SAN DIEGO CA
Contact Information
Command Address                                      Contact Number

COMMAND JUDGE ADVOCATE                    Commercial Phone : 619-532-6475

NAVAL HOSPITAL                           DSN Phone : 522-6475
34800 BOB WILSON DRIVE                   Commercial Fax : 619-532-6494
SAN DIEGO, CA 92134-5000                 DSN Fax : 522-6494

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|------|-------|------|-----|------|-----|-----|
| Bannow, Steven W | 2500 | CDR | 5/1/1994 | | 9/1/2003 | 9/1/2006 |
| Molldrem, Eric B | 2505 | LT | 6/1/1999 | | 6/1/2003 | 6/1/2006 |

NAVSTA SAN DIEGO CA
Contact Information
Command Address                                      Contact Number

                                         Commercial Phone : 619-556-2787

NAVAL STATION SAN DIEGO                  DSN Phone : 526-2787
                                         Commercial Fax : 619-556-6755
SAN DIEGO, CA 92136-5000                 DSN Fax : 526-6755

| NAME | DESIG | RANK | DOR | LOSS | RPT | PRD |
|------|-------|------|-----|------|-----|-----|
| Vavra, Randall J | 2505 | LT | 6/1/2000 | | 2/1/2005 | 2/1/2008 |

SUBPAC WEST COAST REP (SAN DIEGO)
Contact Information
Command Address                                      Contact Number

# ADDENDUM "5"

# N@VY
### KNOWLEDGE ONLINE

My Booki

Home     JAG Main Page     Leadership     Performance     Personal Development     Human Performance     NKO Library     Insi

You are logged in as stephen.d.gill | Friday May 27, 2005

**SEARCH**

[ Search ]

Advanced Search

**GET STARTED**

Take NKO Tutorial

Launch Navy E-Learning

Browse Sitemap

**RESOURCES**

+ Career

+ Education

+ Finance

+ Health

+ Reference

**NKO TOOLS**

- Collaborative Tools

  NKO Library

  Chat

  Feedback

  Instant Messenger

  Message Boards

  White Pages

  Who's Online

+ Administrative Tools

**PAGES**

+ Learning Centers

+ Organizations

+ Communities of Practice

+ Programs

+ Naval Reserve

+ Sea Power 21

Submit Your Feedback

## JAG-JAG Main Page

Trial Service Offices   Contact Us   Public Affairs Office   Naval Legal Service Offices   My Legal Affairs

**Office of the Judge Advocate General**   —



**Judge Advocate General**

RADM James E. McPherson, JAGC, USN

(click on link to view biography)



**Deputy Judge Advocate General/Commander, NLSC**

RADM Bruce E. MacDonald, JAGC, USN

(click on link to view biography)

**JAG Announcements**   —

- 2004 JAG LOY & NLSC SOY  Read Message
- JAG Update  Read Update
- OJAG Codes/Departments  See Document
- JAG Front Office Move  Read Announcement
- Junior Officer of the Quarter  Read Message
- Equal Opportunity and Sexual Harassment Policy  Read Policy
- Strategic Plan for FY2004-09  Read Plan
- Strategic Plan Implementation Letter 2005  Read Letter
- Content Management Policy  Read Policy

**What's New?**   —

- How to subscribe to JAG Community Knowledge Centers  Click to view a brief primer on how to subscribe to the different JAG Community Knowledge Centers
- Information Assurance Training Course Instructions  Click to view the instructions on completing the Information Assurance (IA) annual training course as required by the new DOD and SECNAV policy
- Inside NKO  FAQs and NKO user assistance
- Navy Band and Specialty Group Calendar
- PAO Main Page
- People Talks  Current and past People Talks
- POW  Plan of the week

**JAG Directories and Lineal Lists**   —

- Administrative Law Directory (Code 13)
- JAG Directory

**Legal Assistance Providers**

LA providers:  Click on the links below to g developments in legal assistance.

- Consumer Law
- Domestic Relations
- Will and Estate Planning
- Immigration Law
- Military Civil Laws
- Tax Law
- LAPAs
- Standards of Practice

All the documents pertaining to each link o Civil Law community, Legal Assistance su Providers Knowledge Center.

**Legal Assistance for Sailors**

Click on the links below to get general info legal assistance.  The specific KC and fold documents are located are listed under ea

- Consumer Information:  Link to affairs located in the Personal Assistance folder, Consumer I
- Domestic Relations: Informatic divorce, child support, and add Services knowledge center, Le Relations subfolder.
- Immigration:  Information regar located in the Personal Service Assistance folder, Immigration
- Wills and Estate Planning:  Info deployment located in the Pers Legal Assistance folder, Wills a
- Special Powers of Attorney:  In powers of attorney located in th center, Legal Assistance folder subfolder.

The information provided herein is for edu purposes only.  The information is not nor attorney client relationship is formed betwe provider legal assistance attorneys or any Advocate Generals Corps.  While it is our information on this site, there may be perio changes in the law and the updating of the not make any warranty either express or in for a particular purpose with respect to do from this site.  The United States Navy do for the accuracy and content of any inform which are linked to and assessable throug acceptance and understanding of the abov

- JAG LDO Lineal List
- JAG Lineal List
- NAMARA Directory (Bldg 111)
- OJAG Directory (Bldg 33)  Updated 18 MAY 05

**JAG Resources**

- CNLSC Instructions
- JAG-CNLSC Instructions
- JAG Instructions
- JAG Notices
- Manual for Courts-Martial (MCM 2002)
- Manual of the Judge Advocate General (JAGMAN 2004)
- Military Judges' Benchbook (MJB 2003)
- Naval Military Personnel Manual (MILPERSMAN)
- NKO Legalman Page

**NKO Resources**

- How to Subscribe to JAG Community Knowledge Centers  A brief primer on how to subscribe to JAG Community Knowledge Centers
- NKO 3 Minute Tutorial  This document is intended for all users of Navy Knowledge Online (NKO)
- NKO User Guide Part 1  This document is intended for all users of Navy Knowledge Online (NKO)
- NKO User Guide Part 2  This document is intended for all users of Navy Knowledge Online (NKO)

**Professional Awards**

**The American Bar Association**

1.  2005 Legal Assistance for Military Personnel (LAMP) Essay Contest -- Please click on the attached announcement of the 2005 Legal Assistance Essay Contest.

Please click on the attached description before submitting any nominations and ensure all required information is included.  Details about each award can also be obtained from the American Bar Association website at www.abanet.org. However, please do not send nomination packages directly to the American Bar Association.  Instead, send all nomination packages via Federal Express by the deadlines listed above to:

Navy Professional Awards Coordinator
Navy-Marine Corps Appellate Government Division
716 Sicard Street SE, Bldg 111
Washington Navy Yard, D.C. 20374

Please ensure the required number of photocopies are included in each submission.  If you have any questions about the awards or the nomination process, contact LT Bill Rojas at 202-685-7435 or guillermo.rojas@navy.mil.

**Military Personnel Information**

**The JAG Enterprise System**

Code 61 maintains a web-enabled interactive personnel database for management of the JAG Corps.  We now have the ability to allow individual officers to view and update their personal information and biographies, and also upload their official photographs.  Upcoming enhancements will include the ability for an officer to instantaneously submit a list of duty preferences to their

**Criminal Law Material**

Click on the links below to get summaries Criminal Appeals (NMCCA) published and Newsmailers.  Note that all decisions are community.  The specific folderand KC loc below.

- Case Digests:  Located in the KC.
- Current Decisions:  Located in NMCCA KC.
- Code 20 Newsmailers:  Locate Code 20 Criminal Law KC.

Note that if you are unable to access the li have already subscribed to the NMCCA K

**Administrative Law Material**

All the documents pertaining to each link Civil Law sub-community, Administrative L

- Ethics Grams:
- FOIA Grams:
- SJA Updates:
- Professional Responsibility:

**International and Operational Law M**

All the documents pertaining to each link Civil Law sub-community, International an (KC).

- General Resources
- International Law
- Law of Armed Conflict
- Law of the Sea

**Admiralty and Maritime Law Materia**

All the documents pertaining to each link Civil Law sub-community, Admiralty and M Admiralty Public Documents Knowledge C

- Admiralty Investigations
- Admiralty Law Primer
- Contact Info and Division Func
- Newsletters (Code 11)

**Appellate Government Information**

All the documents pertaining to each link library Criminal Law sub-community, Appe 46) Knowledge Center (KC).

- Brief Bank - Only users with ap 46 Administration can access t
- Contact Information and Divisio
- Government Appeals
- Trial Counsel Assistance Prog

respective detailers and an ability to more easily provide proof that an officer has met the requirements of Professional Responsibility Rule 8, which requires proof of "good standing" with the State licensing authority. Very soon, JAGPERS will also be the source depository for e-mail addresses that will be used to disseminate important and valuable information, i.e. "People Talks" to JAG Corps officers.

To use this new service, please log onto https://enterprise.jag.navy.mil. Once at the official login screen, for the "user name" field, the officer must enter his or her last name and middle initial in the following format: sailor.ben.e or sailor.ben, if no middle name. For the "password" field, the officer must enter his or her last name (initial character must be capitalized) and 4 digit year of birth. For example, Sailor1961. After entering this information, the officer will them be prompted to change his or her password.

After changing their password, the officer should once again log on to the system and select "My Profile" from the menu. The officer can then review and update his or her own personal and contact information. After updating their personal information, the officer should select "Biography" from the menu, and "Update", which will allow them to both upload their biographical information and official photograph. Official photographs must be submitted in the JPEG, GIF, or BMP standards

If you run into any difficulty entering or retieving information from the above website, please contact Mr. Daniel Barnes at daniel.barnes@navy.mil or Mr. George Koonce at george.koonce@navy.mil

**Links**                                                                    —

- Bureau of Citizenship and Immigration Services
- Bureau of Naval Personnel
- Defense Finance and Accounting Service
- Department of Homeland Security
- Department of Justice
- I.R.S. Webpage
- JAG Webpage
- Navy-Marine Corps Court of Criminal Appeals
- Navy-Marine Corp White Pages
- The U.S. Government's Official Web Portal
- The U.S. Navy's Webpage
- U.S. Court of Appeals for the Armed Forces
- U.S. Supreme Court

**JAG Feedback**                                                             —

Click here to to display/hide feedback entry box.

---

**General Litigation Information & Ma**

All the documents pertaining to each link o
Civil Law sub-community, General Litigatio

- Code 14 Contact Information
- Code 14 Quickman

**NJS Training Services**

Want to see what training is available to le
officers? Click on any of the links below to
and schedules. Note that the links below
Training Services KC located in the JAG C

- Course Descriptions: Descript
  various Federal facilities includ
  the Course Descriptions folder
- Course Schedules: Course of
  the Course Schedules folder.
- NJS Publications: A Complete
  manuals and handbooks offere
- Naval Law Review: Articles of
  and judicial developments in r

**PEOPLE TALK 05-09:  2005 Job Opportunities**                            **18 Feb 05**

1.  **Defense Institute of International Legal Studies (DIILS), Newport, RI:**  LCDR or senior LT needed to relieve LCDR Todd Huntley in June 2005.  DIILS provides expertise in over 320 legal topics of Military Law, Justice Systems, and the Rule of Law, with an emphasis on the execution of Disciplined Military Operations through both resident courses and mobile education teams. Participants from 126 nations have taken part in DIILS Mobile Education, Resident, and Model Maritime Service Code programs.   This position includes extensive travel abroad.  Interested officers should contact CDR Protin no later than 1 March 2005.

2.  **Naval Legal Service Office Central, Pensacola, FL:**  LCDR or senior LT needed to relieve LCDR Betsy Miller, summer/fall 2005.  With anticipated OJAG/NLSC FY06 Claims centralization, NLSO Central intends to re-designate this Claims Department Head billet as the Defense or LA DH (probably on a rotating basis).  With 6 total offices (HQ and 5 BROFFs), NLSO Central needs an experienced officer who will have cognizance over MILJUS/LA business at all 6 offices.  Interested officers should contact CDR Protin as soon as possible.

**Detailer Contact Info:**
CAPT Frank Carber, 901-874-4081 (DSN 882);  frank.carber@navy.mil
CDR Jim Protin, 901-874-4082 (DSN 882));  james.protin@navy.mil
CDR (sel) Tierney Carlos, 901-874-4083 (DSN 882)  tierney.carlos@navy.mil
LCDR Bob Passerello, 901-874-4084 (DSN 882);  robert.passerello@navy.mil