IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN GILL and MICHELLE GILL, | : : : | |
| Plaintiffs, | : : | C.A. NO.: 05-10309-MLW |
| v. | : : | |
| UNITED STATES OF AMERICA, | : : | |
| Defendant. | : | |

**UNITED STATES'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

For the reasons set forth in the government's September 13, 2005 letter to plaintiff[1], the government opposes plaintiff's Motion to Compel. The government has moved for dismissal of this matter. That Motion is pending before this Court. As a practical matter, it is the most efficient use of resources for both sides to wait until the Court rules on that Motion and sets a date for a Scheduling Conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Eugenia M. Carris
Eugenia M. Carris
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
November 7, 2005                                (617)748-3282

---

[1] Attached as Exhibit A to Plaintiff's Motion to Compel.

**Certificate of Service**

  This is to certify that a true copy of the foregoing was served by first-class mail on November 7, 2005, upon plaintiffs' counsel, Timothy Morgan, Esq., 33 College Hill Road, Suite 16G, Warwick, RI 02886.  Pro se plaintiff Stephen D. Gill, Esq. will receive ECF notification only.

            /s/Eugenia M. Carris
            Eugenia M. Carris