IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN GILL and <br> MICHELLE GILL, | : <br> : <br> : | |
| Plaintiffs, | : <br> : | C.A. NO.: 05-10309-MLW |
| v. | : <br> : | |
| UNITED STATES OF AMERICA, | : <br> : | |
| Defendant. | : | |

**UNITED STATES'S OPPOSITION TO PLAINTIFF'S MOTION TO REOPEN**

The government opposes plaintiff's motion to reopen the case. Plaintiff has not set forth any new facts which should cause the Court to consider seriously plaintiff's latest motion. As such, the motion should be denied.

It is well settled that "relief under Rule 60(b) is extraordinary in nature and that motions invoking that rule should be granted sparingly." Karak v. Bursaw Oil Corp., 288 F.3d 15, 19 (1st Cir. 2002); Davila-Alvarez v. Escuela De Medicina Universidad Central Del Caribe, 257 F.3d 58, 63 (1st Cir. 2001); Deo-Agbasi v. Parthenon Group, 229 F.R.D. 348, 351 (D. Mass 2005). A party seeking relief under Rule 60(b) must show, "at a bare minimum . . . that exceptional circumstances exist, favoring extraordinary relief . . . ." Karak, 288 F.3d at 19. Plaintiff has made no such showing here.

There is nothing unclear about this Court's January 9, 2006 Memorandum and Order. As stated in that Order and as set forth in great detail in the government's Memorandum in Support of its Motion to Dismiss, the Secretary of Labor must make a determination whether plaintiff's

claims are covered by the FECA.[1]  Until that occurs, this matter is not properly within the jurisdiction of the federal courts.  The motion to reopen this case should be denied.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        /s/Eugenia M. Carris
                                        Eugenia M. Carris
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        One Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        (617)748-3282
February 7, 2006                        eugenia.carris@usdoj.gov

**Certificate of Service**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated on the NEF as non-registered participants on February 7, 2006.

                                        /s/Eugenia M. Carris
                                        Eugenia M. Carris

---

[1] The government incorporates that Memorandum herein.