UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 MAR 29 P 1: 53

U.S. DISTRICT COURT
DISTRICT OF MASS

STEPHEN GILL and MICHELLE GILL,
Plaintiffs

v.                                             No. 05-cv-10309

UNITED STATES OF AMERICA,
Defendant

## APPEARANCE FOR APPELLANTS

I hereby appear on behalf of Stephen Gill and Michelle Gill for purposes of their appeal to the United States Court of Appeals for the First Circuit.

Wendy Sibbison, Esq.
26 Beech Street
Greenfield, MA 01301-2308
(413) 772-0329

## Certificate of Service

I certify that a copy of the foregoing was served on the United States by mailing same, first class postage prepaid, to:

Eugenia M. Carris
Asst. United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

3/22/06
Date

Wendy Sibbison, Esq.