UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEPHEN GILL and MICHELLE GILL,
Plaintiffs

v.                                                          No. 05-cv-10309

UNITED STATES OF AMERICA,
Defendant

## APPEARANCE FOR APPELLANTS

I hereby appear on behalf of Stephen Gill and Michelle Gill for purposes of their appeal to the

United States Court of Appeals for the First Circuit.

/s/ Wendy Sibbison, Esq.
Wendy Sibbison, Esq.
26 Beech Street
Greenfield, MA 01301-2308
(413) 772-0329

## Certificate of Service

I certify that a copy of the foregoing was served on the United States by mailing same, first class postage prepaid, to:

Eugenia M. Carris
Asst. United States Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____                    _____
Date                                                    Wendy Sibbison, Esq.