# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10309

Stephen Gill, et al

v.

United States of America

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-20

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/9/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 27, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 4/27/06 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10309-MLW

Gill v. United States of America
Assigned to: Chief Judge Mark L. Wolf
Cause: 28:1345 USA Plaintiff

Date Filed: 02/16/2005
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Stephen Gill**     represented by     **Kristen K.M. Materne**
6 Dana Road
Barrington, RI 02806
401-245-7277
Fax: 401-289-0405
Email: kmaterne@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy Sibbison**
26 Beech Street
Greenfield,, MA 01301
413-772-0329
Fax: 413-772-0009
Email: wsib@crocker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Gill**
Law Firm of Stephen D. Gill, P.A.

200 E. Government St.
Suite 130
Pensacola, FL 32502
US
850-438-3338
Fax: 850-438-3339
Email: stephen@gill-lawfirm.com

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Gill**     represented by **Kristen K.M. Materne**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendy Sibbison**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Gill**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**     represented by **Eugenia M. Carris**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3376
Fax: 617-748-3969
Email: eugenia.carris@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2005 | 1 | COMPLAINT against United States of America Filing fee: $ 250, receipt number 62183, filed by Michelle Gill, Stephen Gill. (Attachments: # 1 Civil Cover Sheet)(Boyce, Kathy) (Entered: 02/22/2005) |
| 02/16/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to New Magistrate Judge (Boyce, Kathy) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 02/22/2005) |
| 02/16/2005 | ○ | Summons Issued as to United States of America, U.S. Attorney and U.S. Attorney General (Boyce, Kathy) (Entered: 02/22/2005) |
| 03/28/2005 | 2 | NOTICE of Appearance by Stephen D. Gill on behalf of all plaintiffs (Gill, Stephen) (Entered: 03/28/2005) |
| 04/04/2005 | 3 | SUMMONS Returned Executed by Stephen Gill, Michelle Gill. United States of America served on 2/17/2005, answer due 4/18/2005. (Attachments: # 1 Affidavit of Return of Service with Copies of Summonses and Return Receipt Postage Cards as Exhibits A, B, and C thereto,)(Gill, Stephen) (Entered: 04/04/2005) |
| 04/14/2005 | 4 | First MOTION for Extension of Time to May 18, 2005 to File Answer *or Otherwise Respond to Complaint* by United States of America.(Carris, Eugenia) (Entered: 04/14/2005) |
| 04/18/2005 | ○ | Judge Mark L. Wolf : Electronic ORDER entered granting 4 Motion for Extension of Time to Answer United States of America answer due 5/18/2005. (O'Leary, Dennis) (Entered: 04/18/2005) |
| 05/17/2005 | 5 | MOTION for Extension of Time to May 23, 2005 to Respond to Complaint by United States of America.(Carris, Eugenia) (Entered: 05/17/2005) |
| 05/18/2005 | 6 | APPLICATION for Writ of Clerk's Entry of Default Pursuant to Fed.R.Civ.P. 55(a) *Against Defendant* by Stephen Gill, Michelle Gill. (Attachments: # 1 Affidavit in Support of Plaintiffs' Application for Clerk's Entry of Default Pursuant to Fed.R.Civ.P. 55(a))(Gill, Stephen) (Entered: 05/18/2005) |
| 05/20/2005 | 7 | MOTION to Dismiss *or in the Alternative for a Stay* by United States of America.(Carris, Eugenia) (Entered: 05/20/2005) |
| 05/20/2005 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss *or in the Alternative for a Stay* filed by United States of America. (Attachments: # 1 Exhibit 1 to 3)(Carris, Eugenia) (Entered: 05/20/2005) |
| 05/31/2005 | 9 | Assented to MOTION for Extension of Time to 07/05/2005 to File Response/Reply as to 7 MOTION to Dismiss *or in the Alternative for a Stay*, 8 Memorandum in Support of Motion by *Thirty (30) Days (with Incorporated Memorandum of Law)* |

| | | |
|---|---|---|
| | | by Stephen Gill, Michelle Gill.(Gill, Stephen) Additional attachment(s) added on 6/2/2005 (Boyce, Kathy). Modified on 6/2/2005 to add electronic signature to this document (Boyce, Kathy). (Entered: 05/31/2005) |
| 06/02/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 9 Motion for Extension of Time to File Response/Reply re 9 Assented to MOTION for Extension of Time to 07/05/2005 to File Response/Reply as to 7 MOTION to Dismiss *or in the Alternative for a Stay*, 8 Memorandum in Support of Motion *by Thirty (30) Days (with Incorporated Memorandum of Law)* (O'Leary, Dennis) (Entered: 06/02/2005) |
| 06/02/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 9, Assented To Motion for Extension of Time corrected because: to add a signature to document as one was not previously submitted (Boyce, Kathy) Modified on 6/2/2005 (Boyce, Kathy). (Entered: 06/02/2005) |
| 06/24/2005 | | Judge Mark L. Wolf : Electronic ORDER entered granting 5 Motion for Extension of Time (O'Leary, Dennis) (Entered: 06/24/2005) |
| 06/24/2005 | | Judge Mark L. Wolf : Electronic ORDER entered. Denying re 6 Application for Writ, filed by Stephen Gill,, Michelle Gill, (O'Leary, Dennis) (Entered: 06/24/2005) |
| 07/05/2005 | 10 | Opposition re 7 MOTION to Dismiss *or in the Alternative for a Stay* filed by Stephen Gill, Michelle Gill. (Gill, Stephen) (Entered: 07/05/2005) |
| 07/05/2005 | 11 | AFFIDAVIT of Stephen D. Gill in Opposition re 7 MOTION to Dismiss *or in the Alternative for a Stay and in Support of Plaintiffs' Opposition thereto* filed by Stephen Gill, Michelle Gill. (Attachments: # 1 Exhibit Addendum #1 - Navy Parker Denial Leter# 2 Exhibit Addendum #2 - FedEx Proof of Delivery# 3 Exhibit Addendum #3 - OJAG Bldg. 33 Directory# 4 Exhibit Addendum #4 - JAG Directory Excerpt# 5 Exhibit Addendum #5 - People Talk 05-09)(Gill, Stephen) (Entered: 07/05/2005) |
| 11/03/2005 | 12 | MOTION to Compel *Defendant to Confer Pursuant to Federal Rule of Civil Procedure 26(f) (with Incorporated Memorandum of Law)* by Stephen Gill, Michelle Gill. (Attachments: # 1 Exhibit A - AUSA Carris' Letter dated 9/13/2005)(GILL, STEPHEN) (Entered: 11/03/2005) |

| | | |
|---|---|---|
| 11/07/2005 | 13 | Opposition re 12 MOTION to Compel *Defendant to Confer Pursuant to Federal Rule of Civil Procedure 26(f) (with Incorporated Memorandum of Law)* filed by United States of America. (Carris, Eugenia) (Entered: 11/07/2005) |
| 12/01/2005 | 14 | NOTICE by Stephen Gill, Michelle Gill *TO THE COURT OF PENDANCY OF ACTION FOR MORE THAN 120 DAYS WITHOUT A SCHEDULING CONFERENCE BEING CONVENED UNDER LR 16.1* (GILL, STEPHEN) (Entered: 12/01/2005) |
| 01/09/2006 | 15 | Judge Mark L. Wolf : MEMORANDUM & ORDER entered on defendant's motion to dismiss. DISMISSING CASE. 1. The United States' Motion to Dismiss or in theAlternative for a Stay (Docket No. 7) is ALLOWED.2. This case is DISMISSED without prejudice to beingreinstituted if the Secretary of Labor decides that the FECA doesnot cover the plaintiffs' claims.(O'Leary, Dennis) (Entered: 01/09/2006) |
| 02/02/2006 | 16 | MOTION to Reopen Case *and for Relief from Order Pursuant to Federal Rule of Civil Procedure 60 (with Incorporated Memorandum of Law)* by Stephen Gill, Michelle Gill.(Gill, Stephen) (Entered: 02/02/2006) |
| 02/07/2006 | 17 | Opposition re 16 MOTION to Reopen Case *and for Relief from Order Pursuant to Federal Rule of Civil Procedure 60 (with Incorporated Memorandum of Law)* filed by United States of America. (Carris, Eugenia) (Entered: 02/07/2006) |
| 02/27/2006 |  | Judge Mark L. Wolf : Electronic ORDER entered denying 16 Motion to Reopen Case. Essentially for the reasons stated in the United States' opposition, (docket no 17) this Motion is hereby DENIED. (O'Leary, Dennis) (Entered: 02/27/2006) |
| 03/09/2006 | 18 | NOTICE OF APPEAL as to Order on Motion to Reopen Case, 15 Order Dismissing Case, by Stephen Gill, Michelle Gill. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/29/2006. (Gill, Stephen) (Entered: 03/09/2006) |
| 03/10/2006 |  | USCA Appeal Fees received $ 255 receipt number 70978 re 18 Notice of Appeal, filed by Stephen Gill,, Michelle Gill, |

| | | |
|---|---|---|
| | | (Boyce, Kathy) (Entered: 03/10/2006) |
| 03/29/2006 | 19 | NOTICE of Appearance by Wendy Sibbison on behalf of Stephen Gill, Michelle GillFILED, c/s.(Boyce, Kathy) (Entered: 04/03/2006) |
| 04/10/2006 | 20 | NOTICE of Appearance by Wendy Sibbison on behalf of all plaintiffs (Sibbison, Wendy) (Entered: 04/10/2006) |