UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GILL and MICHELLE GILL )<br>  )<br>     Plaintiffs, )<br>  )<br>        v. )<br>  )<br>UNITED STATES OF AMERICA )<br>  )<br>     Defendant ) | Civ. Action No. 05-10309-MLW |

NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned case as counsel for the defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Rachael Rollins
Rachael Rollins
Assistant U.S. Attorney
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3398

Dated:    November 1, 2007

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record by electronic filing.

/s/Rachael Rollins
Rachael Rollins