UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GILL, et al. ) | |
| ) | |
| Plaintiff, ) | C.A. No. 05-10309-MLW |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of the undersigned as counsel for the United States of America, in the above-captioned matter.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    By:/s/Eugenia M. Carris
    EUGENIA M. CARRIS
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way - Suite 9200
    Boston, MA 02210
    (617) 748-3100

February 25, 2008

CERTIFICATE OF SERVICE

I, Eugenia M. Carris, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

    /s/Eugenia M. Carris
    EUGENIA M. CARRIS
    Assistant U.S. Attorney