UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GILL, et al. ) | |
| ) | |
| Plaintiff ) | C.A. NO. 05-10309-MLW |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

    Please withdraw the appearance of the undersigned as counsel of record in this matter. Undersigned does not represent any party to this matter.

Respectfully submitted,

/s/ Kristen K.M. Materne
Kristen K.M. Materne    (BBO#639001)
Law Offices of Timothy J. Morgan, Esq.
33 College Hill Road, Suite 20D
Warwick, RI  02886
Tel. (401) 822-1800
Fax (401) 822-1879

March 11, 2008

CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Kristen K.M. Materne
Kristen K.M. Materne, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| STEPHEN GILL, et al. | ) | |
| | ) | |
| Plaintiff | ) | C.A. NO. 05-10309-MLW |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

　　Please withdraw the appearance of the undersigned as counsel of record in this matter. Undersigned does not represent any party to this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Kristen K.M. Materne
　　　　　　　　　　　　　　　　　　　Kristen K.M. Materne    (BBO#639001)
　　　　　　　　　　　　　　　　　　　Law Offices of Timothy J. Morgan, Esq.
　　　　　　　　　　　　　　　　　　　33 College Hill Road, Suite 20D
　　　　　　　　　　　　　　　　　　　Warwick, RI  02886
　　　　　　　　　　　　　　　　　　　Tel. (401) 822-1800
　　　　　　　　　　　　　　　　　　　Fax (401) 822-1879

March 11, 2008

CERTIFICATE OF SERVICE

　　I hereby certify that this document, filed through ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

　　　　　　　　　　　　　　　　　　　/s/ Kristen K.M. Materne
　　　　　　　　　　　　　　　　　　　Kristen K.M. Materne, Esq.