UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

STEPHEN GILL and MICHELLE GILL,
husband and wife,

       Plaintiffs,

vs.                                              CASE NO.: 05-cv-10309-MLW

UNITED STATES OF AMERICA,

       Defendant.
_____/

### NOTICE OF FILING *PRO HAC VICE* APPEARANCE OF PLAINTIFFS' COUNSEL

Plaintiffs STEPHEN GILL and MICHELLE GILL, husband and wife (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby give notice to the parties of record of the filing of the Appearance of Timothy J. Morgan as Plaintiffs' counsel *pro hac vice*, which is attached electronically hereto.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this, the 29th day of July 2008, I electronically filed the within document with the Clerk of Court by using its CM/ECF system which, in turn, will electronically transmit notice of the same to the following: United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

                                                  **/s/ STEPHEN D. GILL**
                                                  STEPHEN D. GILL
                                                  Massachusetts BBO No.: 630671
                                                  Stephen D. Gill, P.A.
                                                  200 E. Government Street, Suite 130
                                                  Pensacola, FL 32502
                                                  Tel.: (850) 438-3338
                                                  Fax: (850) 438-3339
                                                  stephen@gill-lawfirm.com
                                                  *Pro se* Plaintiff and Attorney
                                                  for Plaintiff Michelle Gill

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

STEPHEN GILL and MICHELLE GILL,
husband and wife,

        Plaintiffs,

vs.

UNITED STATES OF AMERICA,

        Defendant.

**APPEARANCE**

Case Number: 05-cv-10309-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs STEPHEN GILL and MICHELLE GILL, husband and wife, as Plaintiffs' Counsel Pro Hac Vice pursuant to Chief Judge Mark L. Wolf's Electronic ORDER entered granting [35] Motion for Leave to Appear Pro Hac Vice, dated 7/23/2008.

I certify that I am admitted to practice in this court.

| 7/29/2008 | _[signature]_ | |
|---|---|---|
| Date | Signature | |
| | TIMOTHY J. MORGAN | RI Bar#5365 |
| | Print Name | Bar Number |
| | 33 College Hill Road, Suite 15G | |
| | Address | |
| | Warwick     RI | 02886 |
| | City     State | Zip Code |
| | (401) 826-3344 | (401) 826-0444 |
| | Phone Number | Fax Number |
| | tim@timothymorganlaw.com | |
| | E-mail | |