UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEPHEN GILL and <br> MICHELLE GILL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 05-CV-10309-MLW |

## ASSENTED TO MOTION TO RESCHEDULE THE
## RECENTLY RESCHEDULED SCHEDULING CONFERENCE

The Defendant herein files this Assented to Motion to Reschedule the Scheduling Conference. As grounds therefore, the Defendant states as follows:

1. Counsel for the Defendant has a deposition scheduled for August 7, 2008.

2. Since the Scheduling Conference was recently rescheduled from 4:00 pm to 2:00 pm on August 7, 2008, Counsel for Defendant can no longer attend the Scheduling Conference due to her scheduled deposition.

3. Counsel for the Defendant and the Plaintiffs have conferred and each are available to attend a Scheduling Conference anytime on August 18 or 25, or after 2:00 pm on August 21, 2008.

4. Counsel for the Plaintiffs assented to this Motion.

WHEREFORE, the Defendant respectfully moves this Court, through this

Assented to Motion, to Reschedule the Scheduling Conference.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                                By:   /s/ Rachael Splaine Rollins
                                        Rachael Splaine Rollins
                                          Assistant United States Attorney
                                          John Joseph Moakley U.S. Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
Dated: August 5, 2008                        (617) 748-3100

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participant.

                                                  /s/ Rachael Splaine Rollins
                                                  Rachael Splaine Rollins
Dated: August 5, 2008                        Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that I communicated with the attorney of record for Plaintiffs, Tim Morgan, and discussed this Motion and he assented to the Motion.

                                                  /s/ Rachael Splaine Rollins
                                                Rachael Splaine Rollins
Dated: August 5, 2008                        Assistant U.S. Attorney